UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIANE PITRE, WESLEY PITRE, | * | CIVIL NO.: 2:17-CV-0729 |
| KURT PITRE, RACHEL PITRE and | * | |
| KATIE GIBBINS, Individually and on | * | |
| Behalf of decedent, STEWARD PITRE | * | |
| | * | JUDGE: HONORABLE SARAH S. VANCE |
| VERSUS | * | |
| | * | |
| HUNTINGTON INGALLS INC. | * | MAGISTRATE: |
| ET AL | * | HONORABLE MICHAEL NORTH |
| | * | |

***********************************************************************

## HOPEMAN BROTHERS, INC.'S ANSWER TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING PETITION

**NOW INTO COURT**, through undersigned counsel, comes defendant, Hopeman Brothers, Inc. ("Hopeman"), who files its Answer to Plaintiffs' First Supplemental and Amending Petition and avers as follows:

### ANSWER TO PETITION

FURTHER ANSWERING the allegations contained in Plaintiffs' First Supplemental and Amending Petition for Damages, defendant, Hopeman, pleads the following:

The allegations contained in the preamble to the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

### I - II.

The allegations contained in Paragraphs I and II pertain to other parties and therefore require no response of Hopeman. Insofar as an answer is required, the allegations contained in Paragraphs I and II are denied.

III (incorrectly designated as II) (16).

The allegations contained in Paragraph III (incorrectly designated as II) (16) are denied for lack of sufficient information to justify a belief therein.

III (incorrectly designated as II) (17).

The allegations contained in Paragraph III (incorrectly designated as II) (17) are denied for lack of sufficient information to justify a belief therein.

III (incorrectly designated as II) (18).

The allegations contained in Paragraph III (incorrectly designated as II) (18) are denied as to Hopeman.

IV (incorrectly designated as III).

The allegations contained in Paragraph IV (incorrectly designated as III) pertain to other parties and therefore require no response of Hopeman. Insofar as an answer is required, the allegations contained in Paragraph IV (incorrectly designated as III) are denied.

V (incorrectly designated as IV).

The allegations contained in Paragraph V (incorrectly designated as IV), referencing the prayer for relief, are denied as to Hopeman.

* * * * * * * * * * * * * * * * * * * * * * * *

WHEREFORE, premises considered, defendant, Hopeman Brothers, Inc., prays that this, its Answer to Plaintiffs' First Supplemental and Amending Petition for Damages, be deemed good and sufficient, and that after all due proceedings are had, there be judgment in its favor against Plaintiffs. Defendant also prays that all costs of this proceeding be cast upon Plaintiffs, and for all general and equitable relief allowed by law.

*(See Next Page for Attorney Signature)*

Respectfully submitted:

COURINGTON, KIEFER & SOMMERS, L.L.C.

/s/ Mathilde V. Semmes
KAYE N. COURINGTON (#18582)
BLAINE A. MOORE (#18347)
JEFFREY M. BURG (#25993)
TROY N. BELL (#20099)
MATHILDE V. SEMMES (#36015)
616 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5510
**Attorneys for Defendant, Hopeman Brothers, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 17th day of August, 2017, that a copy of the foregoing leading has been served via U.S. Mail, postage prepaid to Plaintiffs' counsel, with a copy provided to all known counsel via e-mail.

/s/ Mathilde V. Semmes
MATHILDE V. SEMMES